# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2011

143195

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

          SC: 143195
          COA: 295140
          Wayne CC: 09-010799-FC

EDWARD DARWIN WINSTON,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

t1017